**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/21/2022

IN RE:

| | |
|---|---|
| PATRICK W. DENNISON<br>DESIREE M. DENNISON<br>1035 GRANITE DRIVE<br>MCDONALD,  PA  15057<br>XXX-XX-8824          Debtor(s)<br><br>XXX-XX-8600 | Case No.17-23368 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/21/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: R US/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2019 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FBC MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 3  INT %: 5.00%<br>Court Claim Number: 3<br>CLAIM: 29,374.29<br>COMMENT: $CL-PL@5%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5607 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*FR FBC-DOC 53 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5487 |
| **PERITUS PORTFOLIO SERVICES***<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 5  INT %: 5.00%<br>Court Claim Number: 4<br>CLAIM: 23,145.45<br>COMMENT: $CL-PL@5%MDF/PL*FR 1ST NTL BNK-DOC 60 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9460 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA U**<br>OFFICE OF UC TAX SERVICES-COLLECTION SU<br>651 BOAS ST - RM 924<br>HARRISBURG, PA 17121 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 1,035.32<br>COMMENT: CL20GOV*$CL-PL*15-16*$500~2017=EST*STAT ISSUE*GU BAR TIMELY | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8222 |
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,004.46<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2003 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 4,443.15<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4766 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,899.80<br>COMMENT: BARCLAYS/AADVANTAGE AVIATOR RED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9782 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 454.79<br>COMMENT: BEST BUY/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3824 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3105 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7991 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9918 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0062 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2746 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 7,001.92<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6174 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 3,130.49<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6986 |
| **GUARDIAN PROTECTION SERVICES(*)**<br>174 THORN HILL RD<br><br>WARRENDALE, PA 15086 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 1,756.43<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7810 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 3,386.07<br>COMMENT: HOME DEPOT/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7357 |
| **MOHELA O/B/O SOFI**<br>C/O MOHELA<br>PO BOX 1022<br>CHESTERFIELD, MO 63006 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 111,039.06<br>COMMENT: 5617/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8824 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SOFI LENDING CORP++**<br>1 LETTERMAN DR<br>BLDG A STE 4700<br>SAN FRANCISCO, CA 94129 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3618 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,807.50<br>COMMENT: 0105/SCH*TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0605 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 4,082.41<br>COMMENT: TOYS R US/SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2019 |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~UPMC CHILDRENS HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPARTM**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br>PORTLAND, OR 97208-4450 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 84,952.36<br>COMMENT: 8149/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8600 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 141,032.86<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8824 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 1,856.00<br>COMMENT: VALUE CITY/SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3334 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 839.37<br>COMMENT: VICTORIAS SECRET/COMENITY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4272 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 225.84<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 2,689.55<br>COMMENT: CL16GOV*$CL-PL*THRU 8/17*FR FBC-DOC 53 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5487 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA U**<br>OFFICE OF UC TAX SERVICES-COLLECTION SUP<br>651 BOAS ST - RM 924<br>HARRISBURG, PA 17121 | Trustee Claim Number: 32  INT %: 9.00%<br>Court Claim Number: 20 | CLAIM: 2,010.49<br>COMMENT: CL20GOV*$CL-PL@4%/PL~STAT ISSUE*NO SEC/SCH*GU BAR TIMELY | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8222 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 1,450.00<br>COMMENT: PAY/DECL*NT PROV/PL*NTC POSTPET FEES/EXP*REF CL*W/31*FR FBC-DOC 53 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5487 |
| **POWERS KIRN LLC**<br>8 NESHAMINY INTERPLEX STE 215<br>TREVOSE, PA 19053 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: ALLY FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |