Case 17-23368-GLT    Doc 89    Filed 03/09/23    Entered 03/09/23 08:39:13    Desc Main
Document    Page 1 of 1
FILED
3/9/23 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23368-GLT |
| | : | Chapter: | 13 |
| Patrick W. Dennison | : | | |
| Desiree M. Dennison | : | | |
| | : | Date: | 3/8/2023 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:** #84 - Motion for Relief from Stay Filed by Pennymac Loan Service
  [Response due 2/23/2023]
  #87 - Response filed by Trustee
  **#88 - Response by Debtor**

***APPEARANCES*:**
  Debtor: Abagale Steidl
  Trustee: Owen Katz
  Pennymac: Brian Nicholas

***NOTES:*** [9:53]

Nicholas: Debtor is behind $22,000 in payments to trustee as of this morning. Have been making short payments. Proposing a conversion rather than stay relief.

Katz: Objected because there appears to be equity in the property. Also requesting conversion as an option.

Steidl: Debtor is going to make a payment to bring current their payments by end of this month.

***OUTCOME:***

1) For the reasons stated on the record, the Court shall schedule a hearing on the chapter 13 trustee's oral motion to convert case to chapter 7. [DB to schedule hearing].

2) For the reasons stated on the record, the *Motion for Relief from Stay filed by Pennymac* [Dkt. No. 84] is DENIED without prejudice. [Text order].

**DATED:** 3/8/2023