**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/20/23 4:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  PATRICK W. DENNISON
  DESIREE M. DENNISON
          Debtor(s)

  Ronda J. Winnecour, Trustee
          Movant
          vs.
  PATRICK W. DENNISON
  DESIREE M. DENNISON

          Respondents

Case No. 17-23368GLT

Chapter 13

Document No. 109

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 20th day of November, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Jackson Kelly Pllc
Attn: Payroll Manager
1600 Laidley Tower
Charleston, WV 25301

is hereby ordered to immediately terminate the attachment of the wages of PATRICK W. DENNISON, social security number XXX-XX-8824. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PATRICK W. DENNISON.

Dated: 11/20/23

cc: Debtor(s)

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23368-GLT |
| Patrick W. Dennison | Chapter 13 |
| Desiree M. Dennison | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick W. Dennison, Desiree M. Dennison, 1035 Granite Drive, Mc Donald, PA 15057-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| CSU - OUCTS, PA Labor & Industry | |
| | ra-li-ucts-bankpitts@state.pa.us |
| Harry B. Reese | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Jerome B. Blank | |
| | on behalf of Creditor FBC Mortgage  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Kenneth Steidl | |

| | |
|---|---|
| | on behalf of Debtor Patrick W. Dennison julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Desiree M. Dennison julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Maria Miksich | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |
| | on behalf of Creditor FBC Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | |
| | on behalf of Creditor FBC Mortgage  LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Thomas Song | |
| | on behalf of Creditor FBC Mortgage  LLC pawb@fedphe.com |

TOTAL: 13