Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Patrick W. Dennison** | : | Case No. 17−23368−GLT |
| **Desiree M. Dennison** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 117 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/29/24 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 26th of March, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 117 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before May 10, 2024**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on **May 29, 2024 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

    _____
    Gregory L. Taddonio, Chief Judge
    United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23368-GLT |
| Patrick W. Dennison | Chapter 13 |
| Desiree M. Dennison | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick W. Dennison, Desiree M. Dennison, 1035 Granite Drive, Mc Donald, PA 15057-2519 |
| 14762301 | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| 14679866 | + | FBC Mortgage Company, 101 Wymore Road #419, Altamonte Springs, FL 32714-4203 |
| 14753508 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 14679868 | + | Guardian Protection Services, P.O. Box 37751, Philadelphia, PA 19101-5051 |
| 14679872 | + | Pennsylvania Dept. of Labor & Industry, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2024 00:33:32 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14695144 | | Email/Text: ally@ebn.phinsolutions.com | Mar 27 2024 00:22:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14679854 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 27 2024 00:22:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14734816 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:32:51 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14679855 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:34:03 | American Express Corporation, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14679856 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14747207 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 27 2024 00:23:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14679857 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2024 00:23:00 | Barclay's Bank of Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14679858 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:22:14 | Best Buy & Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679864 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:34:14 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679865 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:22:00 | Discover Card, c/o Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14690987 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14756693 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 27 2024 00:22:00 | FBC Mortgage, LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14679867 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 27 2024 00:22:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14679869 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:38 | Home Depot, c/o Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679870 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2024 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14679859 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:32:40 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14748434 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 00:32:35 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14681423 | | Email/Text: EBN@Mohela.com | Mar 27 2024 00:22:00 | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14679871 | | Email/Text: EBN@Mohela.com | Mar 27 2024 00:22:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14725144 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 27 2024 00:34:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15318915 | | Email/Text: peritus@ebn.phinsolutions.com | Mar 27 2024 00:23:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14730530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:33:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14681097 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:34:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15258512 | + | Email/PDF: ebnotices@pnmac.com | Mar 27 2024 00:34:11 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 14757225 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2024 00:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14679873 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 27 2024 00:32:54 | Sofi Lending Group, 375 Healdsburg Avenue, Suite 2, Healdsburg, CA 95448-4150 |
| 14679874 | + | Email/Text: PFS.Analyst@stclair.org | Mar 27 2024 00:23:00 | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14755268 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14679875 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | Target, c/o TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14679876 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:20:48 | Toys R Us, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14679877 | | ^ MEBN | Mar 27 2024 00:17:47 | UPMC Children's Hospital, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14702093 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 27 2024 00:23:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14679878 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 27 2024 00:21:40 | US Dept. of Education, c/o Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14679879 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 27 2024 00:23:00 | US Dept. of Education, c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 14679880 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Mar 27 2024 00:21:34 | Value City Furniture, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14726657 | Email/PDF: ebn_ais@aisinfo.com | | Mar 27 2024 00:20:55 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14679881 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Mar 27 2024 00:23:00 | Victoria's Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FBC Mortgage, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693121 | *+ | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14693122 | *+ | American Express Corporation, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14693123 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14693124 | *+ | Barclay's Bank of Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14693125 | *+ | Best Buy & Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14693131 | *+ | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14693132 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, c/o Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14693133 | *+ | FBC Mortgage Company, 101 Wymore Road #419, Altamonte Springs, FL 32714-4203 |
| 14693134 | *+ | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14693135 | *+ | Guardian Protection Services, P.O. Box 37751, Philadelphia, PA 19101-5051 |
| 14693136 | *+ | Home Depot, c/o Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679860 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679861 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679862 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679863 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693126 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693127 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693128 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693129 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693130 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693137 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14693138 | *+ | Pennsylvania Dept. of Labor & Industry, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |
| 14693139 | *+ | Sofi Lending Group, 375 Healdsburg Avenue, Suite 2, Healdsburg, CA 95448-4150 |
| 14693140 | *+ | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14693141 | *+ | Target, c/o TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14693142 | *+ | Toys R Us, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14693143 | *+ | UPMC Children's Hospital, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14693144 | *+ | US Dept. of Education, c/o Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14693145 | *+ | US Dept. of Education, c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14693146 | *+ | Value City Furniture, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14693147 | *+ | Victoria's Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 2 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 44

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

**Name** | **Email Address**

CSU - OUCTS, PA Labor & Industry
  ra-li-ucts-bankpitts@state.pa.us

Denise Carlon
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Harry B. Reese
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Jerome B. Blank
  on behalf of Creditor FBC Mortgage  LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Jill Manuel-Coughlin
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Kenneth Steidl
  on behalf of Debtor Patrick W. Dennison julie.steidl@steidl-steinberg.com
  ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
  on behalf of Joint Debtor Desiree M. Dennison julie.steidl@steidl-steinberg.com
  ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Maria Miksich
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
  on behalf of Creditor FBC Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
  on behalf of Creditor FBC Mortgage  LLC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Thomas Song
  on behalf of Creditor FBC Mortgage  LLC pawb@fedphe.com

TOTAL: 13