**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICK W. DENNISON<br>DESIREE M. DENNISON<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:17-23368<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/22/2017 and confirmed on 10/20/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

|  |  |  |
|---|---:|---:|
| Total Receipts |  | 273,038.17 |
| Less Refunds to Debtor | 3,134.14 |  |
| TOTAL AMOUNT OF PLAN FUND |  | 269,904.03 |
| Administrative Fees |  |  |
|   Filing Fee | 0.00 |  |
|   Notice Fee | 0.00 |  |
|   Attorney Fee | 4,707.46 |  |
|   Trustee Fee | 12,770.84 |  |
|   Court Ordered Automotive Insurance | 0.00 |  |
| TOTAL ADMINISTRATIVE FEES |  | 17,478.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** |  |  |  |  |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 169,351.65 | 0.00 | 169,351.65 |
|     Acct: 5487 |  |  |  |  |
|   PENNYMAC LOAN SERVICES LLC | 2,689.55 | 2,689.55 | 0.00 | 2,689.55 |
|     Acct: 5487 |  |  |  |  |
|   PA DEPARTMENT OF LABOR & INDUSTRY | 2,010.49 | 2,010.49 | 722.16 | 2,732.65 |
|     Acct: 8222 |  |  |  |  |
|   ALLY FINANCIAL(*) | 29,374.29 | 29,374.29 | 3,910.97 | 33,285.26 |
|     Acct: 5607 |  |  |  |  |
|   PERITUS PORTFOLIO SERVICES* | 23,145.45 | 23,145.45 | 3,281.13 | 26,426.58 |
|     Acct: 9460 |  |  |  |  |
|  |  |  |  | 234,485.69 |
| **Priority** |  |  |  |  |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: |  |  |  |  |
|   PATRICK W. DENNISON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: |  |  |  |  |
|   PATRICK W. DENNISON | 3,134.14 | 3,134.14 | 0.00 | 0.00 |
|     Acct: |  |  |  |  |
|   STEIDL & STEINBERG | 3,190.00 | 3,190.00 | 0.00 | 0.00 |
|     Acct: |  |  |  |  |
|   STEIDL & STEINBERG | 1,517.46 | 1,517.46 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX5/22 |  |  |  |  |
|   PA DEPARTMENT OF LABOR & INDUSTRY | 1,035.32 | 1,035.32 | 0.00 | 1,035.32 |
|     Acct: 8222 |  |  |  |  |
|   PENNYMAC LOAN SERVICES LLC | 1,450.00 | 1,450.00 | 0.00 | 1,450.00 |
|     Acct: 5487 |  |  |  |  |
|  |  |  |  | 2,485.32 |
| **Unsecured** |  |  |  |  |
|   MOHELA O/B/O SOFI | 111,039.06 | 0.00 | 0.00 | 0.00 |
|     Acct: 8824 |  |  |  |  |
|   NAVIENT SOLUTIONS INC O/B/O DEPARTI | 84,952.36 | 0.00 | 0.00 | 0.00 |
|     Acct: 8600 |  |  |  |  |
|   US DEPARTMENT OF EDUCATION | 141,032.86 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8824 | | | | |
|   AMERICAN EXPRESS BANK FSB | 1,004.46 | 458.08 | 0.00 | 458.08 |
| Acct: 2003 | | | | |
|   BANK OF AMERICA NA** | 4,443.15 | 2,026.30 | 0.00 | 2,026.30 |
| Acct: 4766 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 3,899.80 | 1,778.50 | 0.00 | 1,778.50 |
| Acct: 9782 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 454.79 | 207.41 | 0.00 | 207.41 |
| Acct: 3824 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3105 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7991 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9918 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0062 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2746 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 7,001.92 | 3,193.23 | 0.00 | 3,193.23 |
| Acct: 6174 | | | | |
|   DISCOVER BANK(*) | 3,130.49 | 1,427.66 | 0.00 | 1,427.66 |
| Acct: 6986 | | | | |
|   GUARDIAN PROTECTION SERVICES(*) | 1,756.43 | 801.02 | 0.00 | 801.02 |
| Acct: 7810 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 3,386.07 | 1,544.22 | 0.00 | 1,544.22 |
| Acct: 7357 | | | | |
|   SOFI LENDING CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3618 | | | | |
|   ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   TD BANK USA NA** | 1,807.50 | 824.31 | 0.00 | 824.31 |
| Acct: 0605 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,082.41 | 1,861.78 | 0.00 | 1,861.78 |
| Acct: 2019 | | | | |
|   TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,856.00 | 846.43 | 0.00 | 846.43 |
| Acct: 3334 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 839.37 | 382.79 | 0.00 | 382.79 |
| Acct: 4272 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 225.84 | 102.99 | 0.00 | 102.99 |
| Acct: 0001 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2019 | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,454.72 |

TOTAL PAID TO CREDITORS                                                                     252,425.73

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 2,485.32 |
| SECURED | 57,219.78 |
| UNSECURED | 370,912.51 |

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   PATRICK W. DENNISON
   DESIREE M. DENNISON
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-23368

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23368-GLT |
| Patrick W. Dennison | Chapter 13 |
| Desiree M. Dennison | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Mar 26, 2024      Form ID: pdf900      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick W. Dennison, Desiree M. Dennison, 1035 Granite Drive, Mc Donald, PA 15057-2519 |
| 14762301 | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| 14679866 | + | FBC Mortgage Company, 101 Wymore Road #419, Altamonte Springs, FL 32714-4203 |
| 14753508 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 14679868 | + | Guardian Protection Services, P.O. Box 37751, Philadelphia, PA 19101-5051 |
| 14679872 | + | Pennsylvania Dept. of Labor & Industry, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2024 00:20:55 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14695144 | | Email/Text: ally@ebn.phinsolutions.com | Mar 27 2024 00:22:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14679854 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 27 2024 00:22:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14734816 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:33:26 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14679855 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:32:57 | American Express Corporation, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14679856 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14747207 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 27 2024 00:23:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14679857 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2024 00:23:00 | Barclay's Bank of Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14679858 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:57 | Best Buy & Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679864 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:43 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679865 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:22:00 | Discover Card, c/o Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14690987 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 17-23368-GLT   Doc 120   Filed 03/28/24   Entered 03/29/24 00:28:51   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14756693 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 27 2024 00:22:00 | FBC Mortgage, LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14679867 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 27 2024 00:22:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14679869 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:57 | Home Depot, c/o Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679870 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2024 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14679859 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:33:22 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14748434 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 00:22:14 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14681423 | | Email/Text: EBN@Mohela.com | Mar 27 2024 00:22:00 | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14679871 | | Email/Text: EBN@Mohela.com | Mar 27 2024 00:22:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14725144 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 27 2024 00:32:57 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15318915 | | Email/Text: peritus@ebn.phinsolutions.com | Mar 27 2024 00:23:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14730530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:34:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14681097 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:32:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15258512 | + | Email/PDF: ebnotices@pnmac.com | Mar 27 2024 00:21:46 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 14757225 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2024 00:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14679873 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 27 2024 00:21:38 | Sofi Lending Group, 375 Healdsburg Avenue, Suite 2, Healdsburg, CA 95448-4150 |
| 14679874 | + | Email/Text: PFS.Analyst@stclair.org | Mar 27 2024 00:23:00 | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14755268 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14679875 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | Target, c/o TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14679876 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:20:53 | Toys R Us, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14679877 | ^ | MEBN | Mar 27 2024 00:17:49 | UPMC Children's Hospital, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14702093 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 27 2024 00:23:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14679878 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 27 2024 00:33:01 | US Dept. of Education, c/o Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14679879 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 27 2024 00:23:00 | US Dept. of Education, c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

Case 17-23368-GLT   Doc 120   Filed 03/28/24   Entered 03/29/24 00:28:51   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| 14679880 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:20:45 | Value City Furniture, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
|---|---|---|---|
| 14726657 | Email/PDF: ebn_ais@aisinfo.com | Mar 27 2024 00:33:25 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14679881 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2024 00:23:00 | Victoria's Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | FBC Mortgage, LLC |
| cr |   | PENNYMAC LOAN SERVICES, LLC |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693121 | *+ | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14693122 | *+ | American Express Corporation, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14693123 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14693124 | *+ | Barclay's Bank of Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14693125 | *+ | Best Buy & Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14693131 | *+ | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14693132 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, c/o Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14693133 | *+ | FBC Mortgage Company, 101 Wymore Road #419, Altamonte Springs, FL 32714-4203 |
| 14693134 | *+ | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14693135 | *+ | Guardian Protection Services, P.O. Box 37751, Philadelphia, PA 19101-5051 |
| 14693136 | *+ | Home Depot, c/o Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679860 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679861 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679862 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679863 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693126 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693127 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693128 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693129 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693130 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693137 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14693138 | *+ | Pennsylvania Dept. of Labor & Industry, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |
| 14693139 | *+ | Sofi Lending Group, 375 Healdsburg Avenue, Suite 2, Healdsburg, CA 95448-4150 |
| 14693140 | *+ | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14693141 | *+ | Target, c/o TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14693142 | *+ | Toys R Us, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14693143 | *+ | UPMC Children's Hospital, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14693144 | *+ | US Dept. of Education, c/o Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14693145 | *+ | US Dept. of Education, c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14693146 | *+ | Value City Furniture, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14693147 | *+ | Victoria's Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 2 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Jerome B. Blank | on behalf of Creditor FBC Mortgage LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Kenneth Steidl | on behalf of Debtor Patrick W. Dennison julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Desiree M. Dennison julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FBC Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor FBC Mortgage LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor FBC Mortgage LLC pawb@fedphe.com |

TOTAL: 13