**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patrick W. Dennison | Social Security number or ITIN  xxx–xx–8824 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Desiree M. Dennison | Social Security number or ITIN  xxx–xx–8600 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    17–23368–GLT

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick W. Dennison                   Desiree M. Dennison

<u>5/13/24</u>                        **By the court:** <u>Gregory L Taddonio</u>
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23368-GLT
Patrick W. Dennison  Chapter 13
Desiree M. Dennison
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5
Date Rcvd: May 13, 2024      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick W. Dennison, Desiree M. Dennison, 1035 Granite Drive, Mc Donald, PA 15057-2519 |
| 14762301 | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| 14679866 | + | FBC Mortgage Company, 101 Wymore Road #419, Altamonte Springs, FL 32714-4203 |
| 14753508 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 14679868 | + | Guardian Protection Services, P.O. Box 37751, Philadelphia, PA 19101-5051 |
| 14679872 | + | Pennsylvania Dept. of Labor & Industry, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 14 2024 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2024 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 14 2024 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2024 23:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | May 14 2024 03:27:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14695144 | | EDI: GMACFS.COM | May 14 2024 03:27:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14679854 | + | EDI: GMACFS.COM | May 14 2024 03:27:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14734816 | | Email/PDF: bncnotices@becket-lee.com | May 13 2024 23:51:44 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14679855 | + | Email/PDF: bncnotices@becket-lee.com | May 13 2024 23:52:07 | American Express Corporation, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14679856 | | EDI: BANKAMER | May 14 2024 03:27:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |

Case 17-23368-GLT   Doc 125   Filed 05/15/24   Entered 05/16/24 00:28:27   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: 3180W | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| 14747207 | + EDI: BANKAMER2 | May 14 2024 03:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14679857 | + EDI: TSYS2 | May 14 2024 03:27:00 | Barclay's Bank of Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14679858 | + EDI: CITICORP | May 14 2024 03:27:00 | Best Buy & Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679864 | + EDI: CITICORP | May 14 2024 03:27:00 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679865 | EDI: DISCOVER | May 14 2024 03:27:00 | Discover Card, c/o Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14690987 | EDI: DISCOVER | May 14 2024 03:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14756693 | + Email/Text: BKelectronicnotices@cenlar.com | May 13 2024 23:32:00 | FBC Mortgage, LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14679867 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 13 2024 23:32:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14679869 | + EDI: CITICORP | May 14 2024 03:27:00 | Home Depot, c/o Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679870 | EDI: IRS.COM | May 14 2024 03:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14679859 | EDI: JPMORGANCHASE | May 14 2024 03:27:00 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14748434 | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2024 23:39:53 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14681423 | Email/Text: EBN@Mohela.com | May 13 2024 23:32:00 | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14679871 | Email/Text: EBN@Mohela.com | May 13 2024 23:32:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14725144 | EDI: MAXMSAIDV | May 14 2024 03:27:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15318915 | Email/Text: peritus@ebn.phinsolutions.com | May 13 2024 23:33:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14730530 | EDI: PRA.COM | May 14 2024 03:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14681097 | + EDI: PRA.COM | May 14 2024 03:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15258512 | + Email/PDF: ebnotices@pnmac.com | May 13 2024 23:51:58 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 14757225 | EDI: Q3G.COM | May 14 2024 03:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14679873 | + Email/PDF: SoFiBKNotifications@resurgent.com | May 13 2024 23:51:56 | Sofi Lending Group, 375 Healdsburg Avenue, Suite 2, Healdsburg, CA 95448-4150 |
| 14679874 | + Email/Text: PFS.Analyst@stclair.org | May 13 2024 23:33:00 | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14755268 | + Email/Text: bncmail@w-legal.com | May 13 2024 23:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14679875 | + EDI: WTRRNBANK.COM | May 14 2024 03:27:00 | Target, c/o TD Bank, PO Box 673, Minneapolis, |

Case 17-23368-GLT    Doc 125    Filed 05/15/24    Entered 05/16/24 00:28:27    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: 3180W | Total Noticed: 46 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MN 55440-0673 |
| 14679876 | + | EDI: SYNC | May 14 2024 03:27:00 | Toys R Us, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14679877 | ^ | MEBN | May 13 2024 23:30:15 | UPMC Children's Hospital, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14702093 | + | Email/Text: electronicbkydocs@nelnet.net | May 13 2024 23:33:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14679878 | + | EDI: MAXMSAIDV | May 14 2024 03:27:00 | US Dept. of Education, c/o Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14679879 | + | Email/Text: electronicbkydocs@nelnet.net | May 13 2024 23:33:00 | US Dept. of Education, c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14679880 | + | EDI: SYNC | May 14 2024 03:27:00 | Value City Furniture, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14726657 | | EDI: AIS.COM | May 14 2024 03:27:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14679881 | + | EDI: WFNNB.COM | May 14 2024 03:27:00 | Victoria's Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FBC Mortgage, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693121 | *+ | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14693122 | *+ | American Express Corporation, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14693123 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14693124 | *+ | Barclay's Bank of Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14693125 | *+ | Best Buy & Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14693131 | *+ | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14693132 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, c/o Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14693133 | *+ | FBC Mortgage Company, 101 Wymore Road #419, Altamonte Springs, FL 32714-4203 |
| 14693134 | *+ | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14693135 | *+ | Guardian Protection Services, P.O. Box 37751, Philadelphia, PA 19101-5051 |
| 14693136 | *+ | Home Depot, c/o Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679860 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679861 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679862 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679863 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693126 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693127 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693128 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693129 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693130 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |

Case 17-23368-GLT   Doc 125   Filed 05/15/24   Entered 05/16/24 00:28:27   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: 3180W | Total Noticed: 46 |

| | | |
|---|---|---|
| 14693137 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14693138 | *+ | Pennsylvania Dept. of Labor & Industry, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |
| 14693139 | *+ | Sofi Lending Group, 375 Healdsburg Avenue, Suite 2, Healdsburg, CA 95448-4150 |
| 14693140 | *+ | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14693141 | *+ | Target, c/o TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14693142 | *+ | Toys R Us, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14693143 | *+ | UPMC Children's Hospital, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14693144 | *+ | US Dept. of Education, c/o Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14693145 | *+ | US Dept. of Education, c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14693146 | *+ | Value City Furniture, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14693147 | *+ | Victoria's Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 2 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024             Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:

**Name**    **Email Address**

Denise Carlon
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Harry B. Reese
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Jerome B. Blank
        on behalf of Creditor FBC Mortgage  LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Jill Manuel-Coughlin
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Kenneth Steidl
        on behalf of Debtor Patrick W. Dennison julie.steidl@steidl-steinberg.com
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
        on behalf of Joint Debtor Desiree M. Dennison julie.steidl@steidl-steinberg.com
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Linda Mitten
        ra-li-ucts-bankpitts@state.pa.us

Maria Miksich
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
        on behalf of Creditor FBC Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
        on behalf of Creditor FBC Mortgage  LLC robert.davidow@phelanhallinan.com

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: May 13, 2024 | Form ID: 3180W | Total Noticed: 46

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor FBC Mortgage LLC pawb@fedphe.com

TOTAL: 13