IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/13/24 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
PATRICK W. DENNISON
DESIREE M. DENNISON
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-23368

Chapter 13

Related to Docket No. 117

ORDER OF COURT

AND NOW, this 13th Day of May, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23368-GLT |
| Patrick W. Dennison | Chapter 13 |
| Desiree M. Dennison | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

**+**     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**++**     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**^**     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick W. Dennison, Desiree M. Dennison, 1035 Granite Drive, Mc Donald, PA 15057-2519 |
| 14762301 | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| 14679866 | + | FBC Mortgage Company, 101 Wymore Road #419, Altamonte Springs, FL 32714-4203 |
| 14753508 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 14679868 | + | Guardian Protection Services, P.O. Box 37751, Philadelphia, PA 19101-5051 |
| 14679872 | + | Pennsylvania Dept. of Labor & Industry, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 13 2024 23:41:21 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14695144 | | Email/Text: ally@ebn.phinsolutions.com | May 13 2024 23:32:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14679854 | + | Email/Text: ally@ebn.phinsolutions.com | May 13 2024 23:32:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14734816 | | Email/PDF: bncnotices@becket-lee.com | May 13 2024 23:40:36 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14679855 | + | Email/PDF: bncnotices@becket-lee.com | May 13 2024 23:51:59 | American Express Corporation, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14679856 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 13 2024 23:32:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14747207 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 13 2024 23:32:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14679857 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 13 2024 23:32:00 | Barclay's Bank of Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14679858 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:45 | Best Buy & Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679864 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:40:40 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679865 | | Email/Text: mrdiscen@discover.com | May 13 2024 23:32:00 | Discover Card, c/o Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14690987 | | Email/Text: mrdiscen@discover.com | May 13 2024 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 17-23368-GLT    Doc 126    Filed 05/15/24    Entered 05/16/24 00:28:27    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14756693 | + | Email/Text: BKelectronicnotices@cenlar.com | May 13 2024 23:32:00 | FBC Mortgage, LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14679867 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 13 2024 23:32:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14679869 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:52:07 | Home Depot, c/o Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679870 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 13 2024 23:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14679859 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 13 2024 23:51:58 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14748434 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2024 23:41:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14681423 | | Email/Text: EBN@Mohela.com | May 13 2024 23:32:00 | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14679871 | | Email/Text: EBN@Mohela.com | May 13 2024 23:32:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14725144 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 13 2024 23:51:58 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15318915 | | Email/Text: peritus@ebn.phinsolutions.com | May 13 2024 23:33:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14730530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:52:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14681097 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:51:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15258512 | + | Email/PDF: ebnotices@pnmac.com | May 13 2024 23:40:36 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 14757225 | | Email/Text: bnc-quantum@quantum3group.com | May 13 2024 23:32:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14679873 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 13 2024 23:52:08 | Sofi Lending Group, 375 Healdsburg Avenue, Suite 2, Healdsburg, CA 95448-4150 |
| 14679874 | + | Email/Text: PFS.Analyst@stclair.org | May 13 2024 23:33:00 | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14755268 | + | Email/Text: bncmail@w-legal.com | May 13 2024 23:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14679875 | + | Email/Text: bncmail@w-legal.com | May 13 2024 23:32:00 | Target, c/o TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14679876 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:52:02 | Toys R Us, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14679877 | ^ | MEBN | May 13 2024 23:30:39 | UPMC Children's Hospital, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14702093 | + | Email/Text: electronicbkydocs@nelnet.net | May 13 2024 23:33:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14679878 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 13 2024 23:40:38 | US Dept. of Education, c/o Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14679879 | + | Email/Text: electronicbkydocs@nelnet.net | May 13 2024 23:33:00 | US Dept. of Education, c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

Case 17-23368-GLT   Doc 126   Filed 05/15/24   Entered 05/16/24 00:28:27   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | Bypass Reason | Name and Address | Date/Time | |
|---|---|---|---|---|
| 14679880 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:51:59 | Value City Furniture, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14726657 | | Email/PDF: ebn_ais@aisinfo.com | May 13 2024 23:51:59 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14679881 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2024 23:32:00 | Victoria's Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FBC Mortgage, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693121 | *+ | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14693122 | *+ | American Express Corporation, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14693123 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14693124 | *+ | Barclay's Bank of Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14693125 | *+ | Best Buy & Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14693131 | *+ | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14693132 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, c/o Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14693133 | *+ | FBC Mortgage Company, 101 Wymore Road #419, Altamonte Springs, FL 32714-4203 |
| 14693134 | *+ | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14693135 | *+ | Guardian Protection Services, P.O. Box 37751, Philadelphia, PA 19101-5051 |
| 14693136 | *+ | Home Depot, c/o Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14679860 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679861 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679862 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14679863 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693126 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693127 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693128 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693129 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693130 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14693137 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14693138 | *+ | Pennsylvania Dept. of Labor & Industry, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |
| 14693139 | *+ | Sofi Lending Group, 375 Healdsburg Avenue, Suite 2, Healdsburg, CA 95448-4150 |
| 14693140 | *+ | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14693141 | *+ | Target, c/o TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14693142 | *+ | Toys R Us, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14693143 | *+ | UPMC Children's Hospital, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14693144 | *+ | US Dept. of Education, c/o Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14693145 | *+ | US Dept. of Education, c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14693146 | *+ | Value City Furniture, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14693147 | *+ | Victoria's Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 2 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Jerome B. Blank | on behalf of Creditor FBC Mortgage  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Kenneth Steidl | on behalf of Debtor Patrick W. Dennison julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Desiree M. Dennison julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Linda Mitten | ra-li-ucts-bankpitts@state.pa.us |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FBC Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor FBC Mortgage  LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor FBC Mortgage  LLC pawb@fedphe.com |

TOTAL: 13