**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Desiree M. Dennison<br>Patrick W. Dennison<br>                          **Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>                          **Movant**<br><br>vs.<br><br>Desiree M. Dennison<br>Patrick W. Dennison<br>                          **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>                          **Trustee** | **BK NO. 17-23368 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 16** |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 26, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Desiree M. Dennison
1035 Granite Drive
Mc Donald, PA 15057

Patrick W. Dennison
1035 Granite Drive
Mc Donald, PA 15057

<u>Attorney for Debtor(s)</u>
Kenneth Steidl, Steidl & Steinberg
707 Grant Street, Suite 2830, Gulf Tower
Pittsburgh, PA 15219

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>October 26, 2022</u>

                                                                **<u>/s/Brian C. Nicholas Esquire</u>**
                                                                Brian C. Nicholas Esquire
                                                                Attorney I.D. 317240
                                                                KML Law Group, P.C.
                                                                BNY Mellon Independence Center
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA 19106
                                                                412-430-3594
                                                                bnicholas@kmllawgroup.com